IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD JENKINS, | : |
| Plaintiff, | : |
| v. | : 3:15-CV-1353 |
| | : (JUDGE MARIANI) |
| EXETER BOROUGH, et al., | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 8th DAY OF AUGUST, 2017**, upon review of Magistrate Judge Saporito's Report & Recommendation, (Doc.35), for clear error and manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation, (Doc. 35), is **ADOPTED** for the reasons stated therein.

2. Defendant Kachinsky's Motion to Dismiss, (Doc. 29), is **GRANTED**.

3. Plaintiff's Eighth Amendment claim against Defendant Kachinsky for excessive force is **DISMISSED WITH PREJUDICE**

4. Plaintiff's Fourth Amendment claim against Defendant Kachinsky for excessive force is **DISMISSED WITHOUT PREJUDICE**.

    a. Plaintiff **MAY AMEND** his Fourth Amendment excessive force claim within **twenty-one (21) days** from the date of this Order.

5. The case is **REMANDED** to Magistrate Judge Saporito for further proceedings consistent with this Order.

_____
Robert D. Mariani
United States District Court Judge