IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD JENKINS,

    Plaintiff,

v.

EXETER BOROUGH, et al.,

    Defendants.

3:15-CV-1353
(JUDGE MARIANI)

FILED
SCRANTON

OCT - 6 2017

PER _____
DEPUTY CLERK

## ORDER

AND NOW, THIS 6th DAY OF OCTOBER, 2017, upon review of Magistrate Judge Saporito's Report & Recommendation, (Doc.39), for clear error and manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The Report & Recommendation, (Doc. 39), is **ADOPTED** for the reasons stated therein.

2. Because Plaintiff did not amend his Fourth Amendment claim against Defendant Kachinsky in the time allotted by this Court's prior Order, (Doc. 38), that claim is now **DISMISSED WITH PREJUDICE**.

3. The Clerk of the Court is directed to **TERMINATE** Defendant Kachinsky from this action.

4. The case is **REMANDED** to Magistrate Judge Saporito for further proceedings consistent with this Order.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Court Judge