THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD JENKINS, III,

    Plaintiff,

v.

EXETER BOROUGH, et al.,

    Defendants.

3:15-CV-1353
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 27th DAY OF JUNE, 2018, upon review of Magistrate Judge Saporito's Report & Recommendation, (Doc. 50), for clear error and manifest injustice,[1] **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation, (Doc. 50), is **ADOPTED** for the reasons discussed therein.

2. Defendant Oatridge's Motion for Summary Judgment, (Doc. 45), is **GRANTED**. The Clerk of the Court is directed to enter judgment **IN FAVOR** of Defendant Oatridge and **AGAINST** Plaintiff on all claims against Defendant Oatridge.

3. The Clerk of the Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge

---

[1] Although Plaintiff's May 16, 2018, deadline to file objections to the Report and Recommendation was extended to June 25, 2018, (Doc. 52), Plaintiff has failed to file any objections as of this date.